# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00781-PAB-SKC

CHRISTOPHER M. ORWIG,

    Plaintiff,

v.

DEAN WILLIAMS et al.,

    Defendants.

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendants have reached an agreement to settle this case. As a result, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulate to dismiss this case, with prejudice. Each party will bear its own costs and fees.

Stipulated and Agreed to:

| | |
|---|---|
| /s/ Mark D. Gibson | /s/ Nicole S. Gellar |
| Mark D. Gibson | Nicole S. Gellar |
| Cory J. Wroblewski | COLORADO ATTORNEY |
| HOGAN LOVELLS US LLP | GENERAL'S OFFICE |
| 1601 Wewatta Street, Suite 900 | Ralph L. Carr Colorado Judicial Center |
| Denver, CO 80202 | 1300 Broadway |
| E-mail:  mark.gibson@hoganlovells.com | Denver, CO 80203 |
|        cory.wroblewski@hoganlovells.com | E-mail:  nicole.gellar@coag.gov |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

    I certify that on March 19, 2020, I filed this document with the Clerk of Court for the United States District Court for the District of Colorado using the CM/ECF system, which will serve the document on all counsel of record.

                              /s/ Mark D. Gibson
                              Mark D. Gibson